Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17–14960–VFP
        Chapter:  7
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David Dewlow | Gloria Dewlow |
| 856 Ridgewood Road | 856 Ridgewood Road |
| Millburn, NJ 07041 | Millburn, NJ 07041 |

Social Security No.:
  xxx–xx–3746                                       xxx–xx–1354

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Steven P. Kartzman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 13, 2017</u>                  <u>Vincent F. Papalia</u>
                                              Judge, United States Bankruptcy Court